SEALED BY ORDER OF COURT

FILED BY _____ YR

*Oct 17, 2018*

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

ALEX G. TSE (CABN 152348)
Acting United States Attorney

FILED

AUG 02 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# 18-3533-MJ-OTAZO-REYES

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

**CR 18   00348**   LHK   NC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BRANDON CHARLES GLOVER, and<br>VASILE MEREACRE,<br><br>        Defendants. | ) No.<br>)<br>) <u>VIOLATIONS</u>: Title 18, United States Code, Section<br>) 1030(b) – Conspiracy to Violate Title 18, United<br>) States Code, Sections 1030(a)(7)(B) and (c)(3)(A);<br>) Title 18, United States Code, Sections 1030(a)(7)(B)<br>) and (c)(3)(A) – Extortion Involving Computers; Title<br>) 18, United States Code, Section 2 – Aid and Abet.<br>)<br>)<br>) SAN JOSE VENUE |

### I N D I C T M E N T

The Grand Jury charges:

### BACKGROUND

At all times relevant to this Indictment:

1.  Lynda.com LLC was an online education company that offered video courses in software, creative, and business skills.  On June 2, 2016, the company was acquired by the LinkedIn Corporation, which was headquartered in Sunnyvale, California.

2.  "Bug Bounty" programs are services wherein individuals that report security vulnerabilities receive recognition and compensation.  Bug bounty programs assist companies in discovering and

INDICTMENT

1    resolving security vulnerabilities so that they can be resolved before the general public is aware of them,

2    thus preventing the wide-spread exploitation of the vulnerability.

3         3.   LinkedIn maintained an invitation-only bug bounty program and accepted individuals, such

4    as security researchers, into the program based upon the individual's reputation and previous work.

5    LinkedIn established rules for participation in the program, and an individual would be disqualified from

6    participation in the program based on a variety of factors, including making threats, demanding money

7    exchange for security vulnerabilities, publicly disclosing security flaws without notifying the company

8    first, modifying, copying, downloading, deleting or otherwise misusing other members' data, and

9    accessing non-public member information without authorization.

10        4.   HackerOne was a San Francisco-based company that operated bug bounty programs for

11   corporations, including LinkedIn.

12        5.   Brandon Charles Glover ("GLOVER") was a resident of Winter Springs, Florida.

13        6.   Vasile Mereacre ("MEREACRE") was a resident of Toronto, Canada.

14

15   <u>COUNT ONE</u>:  (18 U.S.C. § 1030(b) – Conspiracy to Violate 18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A))

16        7.   The factual allegations at Paragraphs One through Six are realleged and incorporated as if

17   set forth fully here.

18        8.   Beginning in approximately December 2016 and continuing to approximately January 2017,

19   in the Northern District of California and elsewhere, the defendants,

20                    BRANDON CHARLES GLOVER, and

21                       VASILE MEREACRE,

22   did knowingly conspire and agree with persons known and unknown to the Grand Jury to commit an

23   offense under 18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A), that is, with the intent to extort from a person

24   money and other things of value, transmitted in interstate and foreign commerce communications

25   containing a threat to impair the confidentiality of information obtained from a protected computer

26   without authorization.

27   ///

28   ///

INDICTMENT             2

<u>MANNER AND MEANS</u>

9.     Defendants GLOVER and MEREACRE possessed and controlled and claimed to possess and control confidential databases and other data belonging to the victim corporations all the while knowing that the data had been stolen from the victim-corporations' Amazon Web Services accounts. The defendants' exerted possession and control over the data in order to induce payments from the victim-corporations.

10.     The defendants used the email address "johndoughs@protonmail.com" to contact the victim-corporations to report security vulnerability and demand payment in exchange for deletion of the data. The defendants used false names to communicate with the victim-corporations, and, on several occasions, informed the victim-corporations that they had been paid by other victim-corporations for identifying security vulnerabilities. They also sent the victim-corporations a sample of the data in order for the victim-corporations to verify the authenticity of data.

11.     After examining the sample data, the victim-corporations communicated with the defendants about payment in exchange for the deletion of the data. In some instances, the victim-corporations referred the defendants to HackerOne for payment pursuant to the victim-corporations' bug bounty program. In other instances, the victim-corporation stopped communicating with the defendants and did not pay them for the data.

<u>DEFENDANTS' PLAN TO EXTORT LINKEDIN</u>

12.     As part of the conspiracy, defendants GLOVER and MEREACRE devised a plan to extort LinkedIn by obtaining over 90,000 confidential Lynda.com user accounts, and exerting control over the accounts as a means to obtain money from LinkedIn.

13.     The defendants used the email account "johndoughs@protonmail.com" to communicate with LinkedIn. They also established an account with HackerOne using the false name "William Loafmann" and provided false information, such as names, addresses, and a Social Security number, on Internal Revenue Service forms.

14.     On December 11, 2016, the defendants, using the email account "johndoughs@protonmail.com," sent an email to the security team at LinkedIn notifying them about a "security flaw compromising databases of Lynda.com along with credit card payments and much more."

INDICTMENT                                        3

15.    A LinkedIn executive responded a short time later requesting details so that they could investigate the matter.

16.    "[J]ohndoughs@protonmail.com responded, stating the following:

> Before I continue, I would like to say that this does not look good, I was able to access backups upon backups, me and my team would like a huge reward for this, [sic]. The things we found were some of the following, [L]ynda database, email names addresses, usernames, some passwords, payments, we also found backend code and many more. We also found partian [sic] [L]inkedin files. Before I continue, I would like to ask that you guys will promise to compensate for this find.

17.    A LinkedIn executive and "johndoughs@protonmail.com" continued to communicate about the Lynda.com database, and the LinkedIn executive invited "johndoughs@protonmail.com" into join LinkedIn's bug bounty program through HackerOne.

18.    After the invitation was extended, "johndoughs@protonmail.com" told the LinkedIn executive that "[P]lease keep in mind, we expect a big payment as this was hard work for us, we already helped a big corp which paid close to 7 digits, all went well."

All in violation of Title 18, United States Code, Sections 1030(b), 1030(a)(7)(B) and (c)(3)(A).

///
///
///
///
///
///
///
///
///
///
///
///
///
///

INDICTMENT                                        4

1   COUNT TWO: (18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A), 2 – Extortion Involving Computers)

2          19.  The factual allegations contained in Paragraphs One through Six are realleged and

3   incorporated as if set forth fully here.

4          20.  On or about December 11, 2016, in the Northern District of California and elsewhere, the

5   defendants,

6
                          BRANDON CHARLES GLOVER and
7                         VASILE MEREACRE,

8   with the intent to extort from a person money and or other thing of value, transmitted in interstate and

9   foreign commerce any communication containing any threat to impair the confidentiality of information

10  obtained from a protected computer without authorization, to wit: the defendants possessed stolen

11  customer data belonging to Lynda.com and contacted LinkedIn executives under the alias "John

12  Doughs" asking to be paid for it.

13         In violation of Title 18, United States Code, Sections 1030(a)(7)(B), (c)(3)(A), and 2.

14

15  DATED:  8-7-18                              A TRUE BILL.

16

17                                             FOREPERSON

18

19  ALEX G. TSE
    Acting United States Attorney
20

21

22  JOHN H. HEMANN
    Deputy Chief, Criminal Division
23

24  (Approved as to form:
25      AUSA SUSAN KNIGHT

26

27

28

INDICTMENT                          5

SEALED BY ORDER
OF COURT

CR 18 00348 LHK

NC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

FILED

### THE UNITED STATES OF AMERICA

AUG 02 2018

### *vs.*

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### BRANDON CHARLES GLOVER, and
### VASILE MEREACRE,

SEALED BY ORDER
OF COURT

*I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.*

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: Diana Miyanee
Deputy Clerk
Date: 8/3/2018

## INDICTMENT

COUNT ONE: (18 U.S.C. § 1030(b) – Conspiracy to Violate 18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A))

COUNT TWO: (18 U.S.C. §§ 1030(a)(7)(B) and (c)(3)(A), 2 – Extortion Involving Computers)

*A true bill.*

_____   *Foreperson*

*Filed in open court this* ___2___ *day of* __August__
*A.D. 201_8_*

_____
*United States Magistrate Judge*

***Bail. $*** ___no bail arrest warrants as to both defendants___

_____

AO 442 (Rev. 11/11) Arrest Warrant

SEALED BY ORDER OF COURT

SEALED BY ORDER OF COURT

# UNITED STATES DISTRICT COURT

### for the

Northern District of California

United States of America

v.

Vasile Mereacre

*Defendant*

)
)
)
)
)
)

Case No. CR 18 00348

LHK
NC

2018 AUG -3 AM 11: 47

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Vasile Mereacre

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Violations of the following federal statutes:
Title 18, United States Code, Section 1030(b) – Conspiracy to Violate Title 18, United States Code, Sections 1030(a)(7)(B) and (c)(3)(A); Title 18, United States Code, Sections 1030(a)(7)(B) and (c)(3)(A) – Extortion Involving Computers; Title 18, United States Code, Section 2 – Aid and Abet.

Date:     August 3, 2018

_____
*Issuing officer's signature*
Nathanae / Cousin /

City and state:     San Jose, California

Hon. Virginia DeMarchi, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____     ORIGINAL WARRANT HELD BY U.S. MARSHALS, SAN JOSE     *Arresting officer's signature*
NOTIFY ABOVE OFFICE UPON ARREST     *Printed name and title*
DO NOT MAKE RETURN ON THIS COPY |