# MINUTE ORDER

Page 1

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor        Date: 10/17/2018   Time: 2:00 p.m.

Defendant: VASILE MEREACRE        J#: 17764-104        Case #: 18-3533-MJ-OTAZO-REYES (SEALED)
AUSA: Michael Thakur        Attorney: No atty in Court
Violation: N/D/CA/INDICT/WARR/EXTORTION INVOLVING COMPUTERS        Surr/Arrest Date: 10/16/2018   YOB: 1996

Proceeding: Initial Appearance        CJA Appt:
Bond/PTD Held: ☐ Yes ☒ No        Recommended Bond: PTD
Bond Set at: Temporary PTD        Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs        Language: English
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person        Disposition: Indictment unsealed
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary        Deft to retain counsel
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: ___
☐ Other: ___

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE        Date:        Time:        Judge:        Place:
Report RE Counsel:
PTD/Bond Hearing: 10/22/18  10:00 a.m.  Duty  Miami
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:09:47, 14:18:08        Time in Court: 8 Min

s/Alicia M. Otazo-Reyes        Magistrate Judge