UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18 mj 03533-AOR

UNITED STATES OF AMERICA,
Plaintiff,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Vasile Mercacrp
Defendant.

COMES NOW Christopher Lyons and files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): Christopher Lyons

Counsel's Signature: CL

Address (include City/State/Zip Code):
2601 S. Bayshore Dr. #900
Miami, Fl 33133

Telephone: 305 377 3770   Florida Bar Number: 985457

Date: 10/22/18