# COURT MINUTES

## Magistrate Judge Patrick A. White

**Atkins Building Courthouse - 3rd Floor**          Date: 10/22/18   Time: 10:00 a.m.

Defendant: Vasile Mereacre          J#: 17764-104   Case #: 18-3533-MJ-OTAZO-REYES

AUSA: Michael Porter          Attorney: Christopher Lyons - Temp

Violation: N/DIST/CALIFORNIA - EXTORTION INVOLVING COMPUTERS

Proceeding: REPORT RE: CNSL; REMOVAL/PTD          CJA Appt:

Bond/PTD Held: ☐ Yes  ☒ No          Recommended Bond: PTD

Bond Set at:          Co-signed by:

Language: English

☒ Surrender and/or do not obtain passports/travel docs

☒ Report to PTS as _directed_/or _____ x's a week/month by phone: _____ x's a week/month in person
✓ Report weekly in person or by phone to his atty

☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☒ No contact with victims/witnesses w/co-deft Brandon Glover

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☒ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by deft

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☒ Travel extended to: SD of Fl, Middle Dist of Fl & Northern District of California

☒ Other: Deft shall post a $15,000 Cash bond in the Middle District of FL, within 24 hours of his release

Disposition:

Deft to retain cnsl

- deft waived removal
- Stip $250,000 PSB co-signed by 2 people & $100,000 CSB secured by his parents' property.
- deft shall reside w/Tatiana & Vladimir Gulpe in the Middle Dist of Florida
- deft shall not use a computer except to communicate w/his atty
- deft shall report to the Northern Dist of California on 11/8/18 at 1:30.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:15:49          Time in Court: 10 minutes