UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-3533-MJ-OTAZO-REYES

United States of America
       Plaintiff,

v.

Vasile Mereacre,
       Defendant.

_____/

## ORDER OF REMOVAL

It appearing that in the **NORTHERN DISTRICT OF CALIFORNIA**, an Indictment was filed against the above-named defendant on a charge of **N/DIST/CALIFORNIA - EXTORTION INVOLVING COMPUTERS**, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Patrick A. White at Miami, Florida, which officially committed the defendant for removal to the **NORTHERN DISTRICT OF CALIFORNIA**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Patrick A. White for removal and posted bail in the amount of $250,000 PSB & $100,000 CSB which was approved by the United States Magistrate Judge Patrick A. White, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Miami, Florida on 10/22/18.

Patrick A. White
United States Magistrate Judge