UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.18-3533-MJ-OTZAO-REYES

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :   ORDER |
| VASILE MEREACRE, | : |
| Defendant. | : |

This Cause is before the Court upon the defendant's "unopposed motion to modify conditions of pre-trial release" [DE #11]. This defendant appeared in this district on October 17, 2018, on a warrant from the Northern District of California. Defendant posted a bond and a order of removal was entered on October 22, 2018. The case was then transferred to the Northern District of California for all further proceedings and this case was closed. The Court, having considered the motion and the entire record, it is hereby

ORDERED AND ADJUDGED that defendant's motion is **denied, without prejudice.** This motion may be re-filed in the Northern District of California, where jurisdiction of this case lies.

DONE AND ORDERED at Miami, Florida this 25th day of October, 2018.

PATRICK A. WHITE
UNITED STATES MAGISTRATE JUDGE

Copies to: Parties of Record